**Order entered January 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01067-CV**

**IN RE BRIAN E. VODICKA, Relator**

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08135**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's memorandum opinion of this date, we **DENY** relator's September 4, 2019 petition for writ of mandamus. We **LIFT** the stay issued by this Court on September 10, 2019.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE